IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REG MAX II, L.L.C., A Nebraska Limited Liability Company, d/b/a RE/MAX REAL ESTATE GROUP, ROBYN KUHNEL, its agent, and Richard Marolf, its agent, | ) ) ) ) ) ) ) | 4:05CV3285 |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| CROKER, HUCK, KASHER, DEWITT, ANDERSON & GONDERINGER, P.C.; MIDLAND TREATMENT & REHABILITATION CENTER FOR BOYS, a Nebraska non-profit corporation, and CLARENCE E. JONES, AND DARLA JONES, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte*.

IT IS ORDERED,

This case is stayed until further order of the court. No pleadings, motions, or other papers or documents may be filed until this stay is lifted. The clerk shall notify the parties of this order, and shall return, undocketed, any papers, pleadings, motions or documents received for filing, or alternatively, if any have been docketed after the entry of this order, strike them from the docket.

DATED this 3rd day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge