```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA

REG MAX II, ROBYN KUHNEL, and  )
RICHARD MAROLF,                )
                               )
           Plaintiffs,         )      4:05CV3285
                               )
      v.                       )
                               )
CROKER, HUCK, KASHER, DEWITT,  )      ORDER
ANDERSON & GONDERINGER,        )
MIDLAND TREATMENT &            )
REHABILITATION CENTER FOR      )
BOYS, CLARENCE E. JONES, and   )
DARLA JONES,                   )
                               )
           Defendants.         )
                               )
```

This matter is before the court *sua sponte*.

IT IS ORDERED,

The order of the court staying further action in this case, dated April 3, 2006, filing 8, is withdrawn and set aside. The case may proceed at this time from the same position it was in at the time of the entry of the stay order. Response times to pending matters are extended to ten days from the date of this order.

DATED this 1st day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge