IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REG MAX II, L.L.C., A Nebraska Liability Company, d/b/a RE/MAX REAL ESTATE GROUP, ROBYN KUHNEL, its agent, and RICHARD MAROLF, its agent,<br><br>      Plaintiffs,<br><br>v.<br><br>CROKER, HUCK, KASHER, DEWITT, ANDERSON & GONDERINGER, P.C.; MIDLAND TREATMENT & REHABILITATION CENTER FOR BOYS, a Nebraska non-profit corporation, and CLARENCE E. JONES, and DARLA JONES,<br><br>      Defendants. | 4:05CV3285<br><br>**MEMORANDUM AND ORDER** |

      This case has been pending for some time. A motion to dismiss was filed on June 12, 2006. (Filing 11.) Subsequently, this case was reassigned to me. (Filing 13.) Mary C. Wickenkamp is the sole attorney of record for the plaintiffs. In another matter with the case number 4:06MISC3003, Magistrate Judge Piester entered an order on April 4, 2006 which provided in part as follows:

> Until this order to show cause is resolved, Mary C. Wickenkamp shall not, as counsel for another, file any further lawsuits or documents in this court unless the filings are also signed by another attorney, acting as co-counsel, who has been admitted to the bar of this court for each of the last ten years, and who has never been suspended from or disciplined by any bar authority.

I refer to this as the "Co-Counsel Requirement of April 4." A subsequent order of Magistrate Judge Piester in case 4:06MISC3003, dated June 1, 2006, provides that the provisions of the Co-Counsel Requirement of April 4 shall remain in effect.

To preclude any confusion concerning the scope of the Co-Counsel Requirement of April 4, I hereby adopt the Co-Counsel Requirement of April 4 in this case and in all other cases assigned to me in which Mary C. Wickenkamp appears as counsel. Thus, when the plaintiffs respond to the pending motion to dismiss in this action, Mary C. Wickenkamp shall comply with the Co-Counsel Requirement of April 4.

IT IS ORDERED:

1. I hereby adopt the following requirement, known as the Co-Counsel Requirement of April 4:

> Until the order to show cause in case no. 4:06MISC3003 is resolved, Mary C. Wickenkamp shall not, as counsel for another, file any further lawsuits or documents in this court unless the filings are also signed by another attorney, acting as co-counsel, who has been admitted to the bar of this court for each of the last ten years, and who has never been suspended from or disciplined by any bar authority.

2.   Mary C. Wickenkamp shall comply with the Co-Counsel Requirement of April 4 in this action as well as any other cases assigned to me in which Mary C. Wickenkamp appears as counsel.

June 28, 2006.                    BY THE COURT:

                                  *s/Richard G. Kopf*
                                  United States District Judge